FORM B5
(12/03)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| MIDDLE District of NORTH CAROLINA | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|
| Zachary T. Bynum, III | |

LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 830 Oaklawn Avenue<br>Winston-Salem, NC 27104 | |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
|---|
| Forsyth |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7      [ ] Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
[ ] Debts are primarily consumer debts
[X] Debts are primarily business debts

TYPE OF DEBTOR
[X] Individual           [ ] Stockbroker
[ ] Partnership          [ ] Commodity Broker
[ ] Corporation          [ ] Railroad
[ ] Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS
Attorney

### VENUE

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

[X] Full Filing Fee attached

[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304 (g) of the Bankruptcy Reform Act of 1994 is attached.

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR

Name of Debtor

Relationship

UNITED STATES BANKRUPTCY COURT
Middle District North Carolina                           RECEIPT
# 050038576 - HR
11:46 AM, March 19, 2004

| Code | Qty | Amount |
|---|---|---|
| 07 | 1 | $209.00 |

TOTAL PAID: $209.00
From: Daniel C Bruton
100 N Cherry St
P O Box 21029   Involuntary 04-50795
Winston-Salem, NC 27120-1029

ALLEGATIONS
(Check applicable boxes)

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

FORM 5 Involuntary Petition (6/92)

Name of Debtor __Zachary T. Bynum, III__

Case No. _____ (court use only)

---

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x __See attached.__ | x _[signature]_  3/19/04 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| _____  _____ | __Daniel C. Bruton__ |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | __P.O. Box 21029__ |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | __Winston-Salem, NC 27120-1029__ |
| | Telephone No. |
| | __(336) 722-3700__ |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| _____  _____ | |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| _____  _____ | |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| See Attached | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| IN RE: ) ) ZACHARY T. BYNUM, III ) ) Debtor. ) | 04-50795 Case No. _____ Chapter 7 |

## INVOLUNTARY BANKRUPTCY PETITION UNDER CHAPTER 7

1. Petitioners, (1), Michael Bozymski and Catherine Bozymski (2) Chad Jarvis and Lisa Jarvis, (3) Gregory Brewer and Jacqueline Brewer, and (4) Moises E. Flores DeValgaz and Delores DeValgaz, are creditors of Zachary T. Bynum, III (hereinafter the "Debtor"), holding claims against the Debtor, not contingent as to liability or the subject of a bona fide dispute, amounting in the aggregate, in excess of the value of any lien held by any of the above-named petitioning creditors (hereinafter the "Petitioners") on the Debtor's property securing such claims, at least Ten Thousand Dollars ($10,000.00).

2. The nature and amount of the claims of the Petitioners are as follows:

(a) Michael Bozymski and Catherine Bozymski are unsecured creditors of the Debtor in an amount in excess of $480,000, plus interest, costs, and attorneys fees.

(b) Chad Jarvis and Lisa Jarvis are unsecured creditors of the Debtor in an amount in excess of $144,000, plus interest, costs, and attorneys fees.

(c) Gregory Brewer and Jacqueline Brewer are unsecured creditors of the Debtor in an amount in excess of $333,000, plus interest, costs, and attorneys fees.

(d) Moises E. Flores DeValgaz and Delores DeValgaz are unsecured creditors of the Debtor in an amount in excess of $183,000, plus interest, costs, and attorneys fees.

3. Upon information and belief, the Debtor's residence and principal place of business has been within this district for the 180 days preceding the filing of this Petition.

4. Upon information and belief, the Debtor is a person against whom an order for relief may be entered under Title 11 of the United States Code.

5. The Debtor is generally not paying the debts of the Debtor as they become due.

(a) Michael Bozymski and Catherine Bozymski, Moises E. Flores DeValgaz and Delores DeValgaz, Chad Jarivs and Lisa Jarvis, and Gregory Brewer and Jacqueline Brewer are all owed monies by the Debtor that are past due.

(b) Upon information and belief, there may be numerous other debts owed by the Debtor that are past due.

WHEREFORE, the Petitioners respectfully request the Court that:

1. An Order for Relief be entered against Zachary T. Bynum, III under Chapter 7 of Title 11 of the United States Code;

2. A preliminary or temporary trustee for the Debtor be appointed by the Court; and

3. The Court grant such other and further relief as the Court deems just and proper.

This the 19th day of March, 2004.

                                            Daniel C. Bruton
                                            State Bar No. 22440

                                            Attorney for Michael Bozymski and
                                            Catherine Bozymski, Chad Jarvis and Lisa
                                            Jarvis, Gregory Brewer and Jacqueline
                                            Brewer, and Moises E. Flores DeValgaz and
                                            Delores DeValgaz

OF COUNSEL:

BELL, DAVIS & PITT, P.A.
100 North Cherry Street, Suite 600
P. O. Box 21029
Winston-Salem, NC 27120-1029
(336) 722-3700

STATE OF NORTH CAROLINA      )
                             )         VERIFICATION
COUNTY OF FORSYTH            )

    I, Moises E. Flores DeValgaz, one of the Petitioners named in the foregoing Petition, declare under penalty of perjury that, with respect to the claim of Moises E. Flores DeValgaz and Delores DeValgaz, the foregoing is true and correct according to the best of my knowledge, information, and belief.

    This the 17th day of March, 2004.

                                               Moises E. Flores DeValgaz

Sworn to and subscribed before me this the 17th day of March, 2004.

Notary Public

My commission expires:

July 19, 2004

OFFICIAL SEAL
Notary Public, North Carolina
COUNTY OF FORSYTH
JERRY L. BLIZARD
My Commission Expires July 19, 2004

| | |
|---|---|
| STATE OF NORTH CAROLINA | ) |
| | )     VERIFICATION |
| COUNTY OF FORSYTH | ) |

    I, Moises E. Flores DeValgaz, one of the Petitioners named in the foregoing Petition, declare under penalty of perjury that, with respect to the claim of Moises E. Flores DeValgaz and Delores DeValgaz, the foregoing is true and correct according to the best of my knowledge, information, and belief.

    This the __16__ day of March, 2004.

_____<br>
Delores DeValgaz

Sworn to and subscribed before me this the __16__ day of March, 2004.

_____
Notary Public

My commission expires:

Sept. 5, 2005

[Notary Seal: NANCY A. BRAMLETT, NOTARY PUBLIC, FORSYTH COUNTY, N.C., My Comm. Exp. 9-5-2005]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | VERIFICATION |
| COUNTY OF FORSYTH | ) | |

I, Gregory Brewer, one of the Petitioners named in the foregoing Petition, declare under penalty of perjury that, with respect to the claim of Gregory Brewer and Jacqueline Brewer, the foregoing is true and correct according to the best of my knowledge, information, and belief.

This the 16 day of March, 2004.

_____
Gregory Brewer

Sworn to and subscribed before me this the 16 day of March, 2004.

_____
Notary Public

OFFICIAL SEAL
TRACI B. ARMSTRONG
NOTARY PUBLIC-NORTH CAROLINA
COUNTY OF FORSYTH
My Commission Expires July 23, 2005

My commission expires:

July 23, 2005

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | VERIFICATION |
| COUNTY OF FORSYTH | ) | |

I, Jacqueline Brewer, one of the Petitioners named in the foregoing Petition, declare under penalty of perjury that, with respect to the claim of Gregory Brewer and Jacqueline Brewer, the foregoing is true and correct according to the best of my knowledge, information, and belief.

This the 16 day of March, 2004.

_____
Jacqueline Brewer

Sworn to and subscribed before me this
the 16 day of March, 2004.

_____
Notary Public

OFFICIAL SEAL
TRACI B. ARMSTRONG
NOTARY PUBLIC-NORTH CAROLINA
COUNTY OF FORSYTH
My Commission Expires July 23, 2005

My commission expires:

July 23, 2005

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | VERIFICATION |
| COUNTY OF FORSYTH | ) | |

    I, Michael Bozymski, one of the Petitioners named in the foregoing Petition, declare under penalty of perjury that, with respect to the claim of Michael Bozymski, the foregoing is true and correct according to the best of my knowledge, information, and belief.

This the 15th day of March, 2004.

_____
Michael Bozymski

Sworn to and subscribed before me this the 15th day of March, 2004.

_____
Notary Public

My commission expires:

02-04-06

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | VERIFICATION |
| COUNTY OF FORSYTH | ) | |

I, Catherine Bozymski, one of the Petitioners named in the foregoing Petition, declare under penalty of perjury that, with respect to the claim of Michael Bozymski and Cathy Bozymsky, the foregoing is true and correct according to the best of my knowledge, information, and belief.

This the 15 day of March, 2004.

*Catherine Bozymski*
Catherine Bozymski

Sworn to and subscribed before me this the 15th day of March, 2004.

*[signature]*
Notary Public

[Notary Seal: LAUREL B. KENT, NOTARY PUBLIC, SURRY COUNTY, NORTH CAROLINA]

My commission expires:

02-04-06

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | VERIFICATION |
| COUNTY OF FORSYTH | ) | |

    I, Lisa Jarvis, one of the Petitioners named in the foregoing Petition, declare under penalty of perjury that, with respect to the claims of Chad Jarvis and Lisa Jarvis, the foregoing is true and correct according to the best of my knowledge, information, and belief.

    This the 12th day of March, 2004.

                                                       */s/ Lisa Jarvis*
                                                       Lisa Jarvis

Sworn to and subscribed before me this the 12 day of March, 2004.

*/s/ Allison W. Thomason*
Notary Public

OFFICIAL SEAL
ALLISON W. THOMASON
NOTARY PUBLIC-NORTH CAROLINA
COUNTY OF FORSYTH
My Commission Expires September 24, 2006

My commission expires:

9/24/2006

| | |
|---|---|
| STATE OF NORTH CAROLINA | ) |
| | ) VERIFICATION |
| COUNTY OF FORSYTH | ) |

I, Chad Jarvis, one of the Petitioners named in the foregoing Petition, declare under penalty of perjury that, with respect to the claims of Chad Jarvis and Lisa Jarvis, the foregoing is true and correct according to the best of my knowledge, information, and belief.

This the 12th day of March, 2004.

_____
Chad Jarvis

Sworn to and subscribed before me this the 12 day of March, 2004.

_____
Notary Public

My commission expires:

9/24/2006

OFFICIAL SEAL
ALLISON W. THOMASON
NOTARY PUBLIC-NORTH CAROLINA
COUNTY OF FORSYTH
My Commission Expires September 24, 2006