UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Winston-Salem Division

IN RE:

Zachary T. Bynum, III

Case No. B 04-50795 C-7W

Debtor(s).

**ORDER TO ABANDON REAL PROPERTY**
**3400 Healy Drive, Winston-Salem, North Carolina**

  Upon application of Edwin H. Ferguson, Jr., of FERGUSON, SCARBROUGH & HAYES, P.A., Trustee in the above-named case, to abandon property described hereinbelow, and

  That it appearing to the Court from the record and file in this proceeding that Trustee's Motion was duly filed on August 6, 2004; that a Notice was issued by the Clerk's Office advising that Trustee has filed a Motion to Abandon Real Property; that any interested party who has objections must file a written objection on or before August 26, 2004; that no objections were filed within the time period set forth; and for good cause shown,

  IT IS ORDERED that the following property is hereby abandoned:

REAL PROPERTY COMMONLY REFERRED TO AS:

3400 Healy Drive, Winston-Salem, North Carolina

AND MORE PARTICULARLY DESCRIBED ON:

Exhibit "A" Attached to Motion by Trustee to Abandon Real Property – 3400 Healy Drive, Winston-Salem, North Carolina

  IT IS FURTHER ORDERED that the automatic stay of Section 362(a) is modified and lifted as to the above-described property.

**PARTIES TO BE SERVED**
Page 1 of 1
Case No. B 04-50795 C-7W

| | |
|---|---|
| Michael D. West<br>Bankruptcy Administrator<br>Post Office Box 1828<br>Greensboro, NC 27402 | Edwin H. Ferguson, Jr., Attorney for Trustee<br>FERGUSON, SCARBROUGH & HAYES, PA<br>PO Box 444<br>Concord, NC 28026-0444 |
| Christine L. Myatt, Esq.<br>Attorney for Bank of the Carolinas<br>701 Green Valley Road, Ste. 100<br>PO Box 3463<br>Greensboro, NC  27402 | Robert T. Tally<br>Attorney for R. Kenneth Babb<br>PO Box 10700<br>Winston-Salem, NC  27108 |
| Robert E. Price, Jr.<br>Attorney for Debtor<br>3400 Healy Drive, Suite B<br>PO Box 26364<br>Winston-Salem, NC  27114 | Daniel C. Bruton<br>600 Century Plaza<br>100 N. Cherry Street<br>PO Box 21029<br>Winston-Salem, NC  27120 |
| Bankruptcy Administration<br>IOS Capital, LLC<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA  31208-3708 | Grady I. Ingle<br>Attorney for HomeComings Financial Network<br>8520 Cliff Cameron Drive, Ste. 300<br>Charlotte, NC  28269-9924 |
| Diane Furr<br>Attorney for Lawyers Mutual Liability<br>Insurance Company of NC<br>Poyner & Spruill, LLP<br>301 S. College St., Ste. 2300<br>Charlotte, NC  28202 | Richard T. Rice, Esquire<br>Julie Barker Pape, Esquire<br>Womble, Carlyle, Sandridge & Rice, PLLC<br>One West Fourth Street<br>Winston-Salem, NC  27101 |
| Bill I. Long, Jr.<br>Attorney for W. Everette Murphrey, IV<br>604 Green Valley Rd., Ste 406<br>PO Box 10247<br>Greensboro, NC 27404-0247 | Ashley S. Rusher, Esq.<br>Attorney for Southern Community Bank<br>PO Drawer 26134<br>Winston-Salem, NC  27114-6134 |