UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:

Zachary T. Bynum,

Debtor(s).

Case No. B 04-50795 C-7W

## TRUSTEE'S OBJECTION TO ALLOWANCE OF CLAIM # 3

The undersigned Trustee of the above debtor(s) objects to the allowance of the following claim filed herein. The grounds for the objection are as follows:

**Claim No. 3 by Bert M. Gordon** – Claim number 3 is based on embezzlement and other matters; however, there is no documentation attached to the complaint. Trustee objects to claim number 3 in its entirety and that it is contingent and not a liquated claim.

**Amount of Claim - $118,950.00**

WHEREFORE, the undersigned Trustee prays that said claim as above set forth be disallowed, or reduced by offsets as indicated, and that he have such other and further relief as indicated above.

Respectfully submitted November 15, 2005.

/s/ Edwin H. Ferguson, Jr.
EDWIN H. FERGUSON, JR.
FERGUSON, SCARBROUGH, HAYES & PRICE, PA
ATTORNEY FOR THE TRUSTEE
65 McCachern Blvd., SE
P.O. Box 444
Concord, North Carolina 28026-0444
Telephone: (704) 788-3211
State Bar No. 6148