UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:

Zachary T. Bynum,

Case No. B 04-50795 C-7W

Debtor(s).

## TRUSTEE'S OBJECTION TO ALLOWANCE OF CLAIM # 15

The undersigned Trustee of the above debtor(s) objects to the allowance of the following claim filed herein. The grounds for the objection are as follows:

**Claim No. 15 by Forsyth County Tax Collector** – Trustee is informed and believes this is property tax claims on properties being claimed as exempt by the debtor. Trustee objects to claim number 15 in its entirety in this proceeding.

**Amount of Claim - $694.35**

WHEREFORE, the undersigned Trustee prays that said claim as above set forth be disallowed, or reduced by offsets as indicated, and that he have such other and further relief as indicated above.

Respectfully submitted November 15, 2005.

/s/ Edwin H. Ferguson, Jr.
EDWIN H. FERGUSON, JR.
FERGUSON, SCARBROUGH, HAYES & PRICE, PA
ATTORNEY FOR THE TRUSTEE
65 McCachern Blvd., SE
P.O. Box 444
Concord, North Carolina 28026-0444
Telephone: (704) 788-3211
State Bar No. 6148