UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:

Zachary T. Bynum,

Case No. B 04-50795 C-7W

Debtor(s).

ORDER ON TRUSTEE'S OBJECTIONS TO CLAIM NUMBERS 3 and 15

     This matter coming on for consideration before the Honorable Catharine R. Carruthers, United States Bankruptcy Judge upon Trustee's Objections to Claim Number 3 and 15.

     AND IT APPEARING TO THE COURT that on November 22, 2005 a Notice of Trustee's Objection to Claims was issued by this Court and duly served upon all claimants therein listed along with a copy of Trustee's Objection to Claim requiring that a written response be filed on or before December 20, 2005; that there were no responses filed by December 20, 2005; and for good cause shown, Trustee's Objections to Claims as noticed herein should be allowed.

     IT IS THEREFORE ORDERED as follows:

     1. Trustee's objection to claim number 3 by Bert M. Gordon in the amount of $118,950.00 be and is hereby sustained and said claim is disallowed in it's entirety.

     2. Trustee's objection to claim number 15 by Forsyth County Tax Collector in the amount of $694.35 be and is hereby sustained and said claim is disallowed in it's entirety.

**PARTIES TO BE SERVED**
**Page 1 of 1**
**Case No. B 04-50795 C-7W**

Michael D. West (Hand Delivery)
U.S. Bankruptcy Administrator
P.O. Box 1828
Greensboro, NC  27402

Edwin H. Ferguson, Jr.
Trustee in Bankruptcy
P.O. Box 444
Concord, NC  28026-0444

Bert M. Gordon
370 Westoak Trail
Winston-Salem, NC 27104

Forsyth County Tax Collector
PO Box 082
Winston-Salem, NC 27102