IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| In Re:<br>BYNUM, III ZACHARY T.<br>58-6466764<br><br>Debtor(s). | CASE NO. 04-50795 |

**TRUSTEE'S CASE INTERIM REPORT**

TO:    William L. Schwenn, Clerk, U.S. Bankruptcy Court

     I, EDWIN H. FERGUSON, JR., Trustee of the estate of the above-named debtor, do hereby make and file the following as my Interim Report concerning the administration of the estate from January 1, 2006 to March 31, 2006.

**I.    FINANCIAL TRANSACTIONS:**

Balance brought forward from last interim report:                                                                                           $76,342.28

**RECEIPTS**

| Date | Account No. | Ref/Type | To/From | Description | Amount |
|---|---|---|---|---|---|
| 01/31/06 | 312595045465 | Interest | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 42.99 |
| 02/28/06 | 312595045465 | Interest | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 41.03 |
| 03/31/06 | 312595045465 | Interest | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 45.39 |

    **Total Receipts:**                                                                                                                                                  **$129.41**
    **Total Receipts less Voids, Transfers, and Redeposits:**                                                                        **$129.41**

**DISBURSEMENTS**

| Date | Account No. | Ref/Type | To/From | Description | Amount |
|---|---|---|---|---|---|
| 02/28/06 | 312595045465 | 1001,Check | United States Bankruptcy Court | Payment of Adv. Proc #05-06006 - Filing Fees | 150.00 |

    **Total Disbursements:**                                                                                                                                       **$150.00**
    **Total Disbursements less Voids, Transfers, and Redeposits:**                                                                **$150.00**
             **Balance on Hand:**                                                                                                                         **$76,321.69**

**ACCOUNTS**

| Type | Account No. | Bank | Balance |
|---|---|---|---|
| Money Market | 450795201 | First Capital Bank | 0.00 |
| Checking | 450795101 | First Capital Bank | 0.00 |
| Money Market | 312595045465 | JPMORGAN CHASE BANK, N.A. | 76,321.69 |

    **Total on hand in Accounts:**                                                                                                                        **$76,321.69**

**II.    PENDING ACTIVITY**
A.    Collection or Recovery of Assets
                _____ Collect Accounts Receivable
                _____ Recover Personal Property

_____ Suit Pending in State Court
_____ Suit Pending in bankruptcy Court

**Unscheduled Assets**

| Description | Received | Disposition | Estimated Net |
|---|---:|---|---:|
| 1970 Mercedes SEL, w/both topos | 2,000.00 | | 1,400.00 |

**Scheduled Assets**

| Description | Received | Disposition | Estimated Net |
|---|---:|---|---:|
| 830 Oaklawn Avenue Winston-Salem | 395,860.70 | Fully Administered | 0.00 |
| RE - Point Emerald Villa, NC | 112,972.37 | Fully Administered | 0.00 |
| Shares - Bynum & Watson Development Co, Inc. | 500.00 | Fully Administered | 0.00 |
| 1/2 Int - Wedding Ring Set | 900.00 | | 0.00 |
| 1970 Mercedes-Benz - Coupe | -1,050.00 | | 250.00 |
| Cherry Drop Down Leaf table and 8 chairs | 0.00 | | 2,000.00 |
| Silver punch bowl with cups | 225.00 | | 275.00 |
| One over three empire chest of drawers | -15,230.00 | Fully Administered | 1,250.00 |
| Pair of walnut corner cupboards | 57.50 | | 200.00 |
| Victorian gentleman's and lady's chairs (her mot | 300.00 | Fully Administered | 600.00 |
| Various tea cups and saucers | 100.00 | Fully Administered | 200.00 |
| Piecrust Tree tier table | 0.00 | | 250.00 |
| Silver chest on stand, inlaid (her mothers) | 17.50 | | 250.00 |
| Kirk and sons sterling flatware | 0.00 | | 1,000.00 |
| Sterling tea service with tray | 0.00 | | 150.00 |
| Two door inlaid chest | 50.00 | Fully Administered | 100.00 |
| Small antique tee caddy this raised top | 87.50 | Fully Administered | 175.00 |
| Framed Richard Hedgecock painting of his mother' | 0.00 | Fully Administered | 0.00 |
| Crystal and silver pieces in corner cupboard | 162.50 | | 600.00 |
| Twelve place formal china dinning service | 350.00 | Fully Administered | 700.00 |
| Antique high chair | 125.00 | Fully Administered | 250.00 |
| Oriental style rug | 175.00 | | 400.00 |
| Two matching walnut corner cupboards | 0.00 | | 4,000.00 |
| English antique inlaid set-bake cupboard | 2,000.00 | | 4,000.00 |
| Lladro pieces in cupboard | 500.00 | Fully Administered | 1,000.00 |
| Miscellaneous pieces in cupboard (silver cups) | 102.50 | | 500.00 |
| Old English Sheraton inlaid three drawer chest w | 0.00 | | 3,000.00 |
| Arm chair | 25.00 | Fully Administered | 50.00 |
| Fringed oriental area rug | 100.00 | | 400.00 |
| Walnut shado box framed painting of a rose | 0.00 | | 300.00 |
| Sectional sofa | 50.00 | Fully Administered | 100.00 |
| Sony widescreen HGTV w/various VCRS, Xbox | 0.00 | Fully Administered | 0.00 |
| Four framed P. Buckley Moss prints | 150.00 | Fully Administered | 300.00 |
| Framed prints ($75.00 each) | 187.50 | Fully Administered | 375.00 |
| Hand painted furniture | 150.00 | Fully Administered | 300.00 |
| Misc. books on bulit-in shelves | 105.00 | | 300.00 |
| Swirl opalescent vases and misc. glassware | 50.00 | Fully Administered | 100.00 |
| Large loomed area rug | 22.50 | | 250.00 |
| Three framed prints | 37.50 | Fully Administered | 75.00 |
| Three lamps | 125.00 | Fully Administered | 250.00 |
| Baldwin baby grand piano w/bench | 3,000.00 | Fully Administered | 3,000.00 |
| Lamp on piano | 0.00 | | 100.00 |
| Pair of barel back velvet seat cherry chairs | 300.00 | Fully Administered | 600.00 |

| Item | Value 1 | Status | Value 2 |
|---|---:|---|---:|
| Empire style harp legs drop back table | 112.50 | | 300.00 |
| Old mantle steeple clock | 0.00 | | 250.00 |
| Three ruby glass, marble base lamps | 112.50 | Fully Administered | 225.00 |
| Large area rug approx. 22x14 | 200.00 | | 1,200.00 |
| Red velvet walnut Victorian sofa | 100.00 | | 300.00 |
| Queen Ann cherry coffee cable | 37.50 | Fully Administered | 75.00 |
| Framed chald drawing of his mother's garden | 250.00 | Fully Administered | 500.00 |
| Two Sheraton style one-drawer drop leaf table | 250.00 | Fully Administered | 500.00 |
| Queen Ann sofa | 100.00 | Fully Administered | 200.00 |
| Inlaid chest (used as coffee table) | 27.50 | | 150.00 |
| Drop leaf walnut table | 30.00 | | 400.00 |
| Drop leaf inlaid one-drawer table | 0.00 | | 500.00 |
| Ornate cobalt blue and glass lamp | 62.50 | | 200.00 |
| Large oil on canvas, mountain and lake | 25.00 | | 250.00 |
| Gold framed print of girl | 0.00 | | 75.00 |
| Gilded framed mirror over fireplace | 150.00 | Fully Administered | 300.00 |
| Child's rocker | 27.50 | | 150.00 |
| Assorted decorations | 25.00 | Fully Administered | 50.00 |
| Round wicker table, glass top, with four chairs | 112.50 | | 400.00 |
| Bird perch | 0.00 | Fully Administered | 0.00 |
| Sofa | 0.00 | | 1,000.00 |
| Quasar TV and VCR | 0.00 | Fully Administered | 0.00 |
| Two large parrot cages | 200.00 | Fully Administered | 0.00 |
| Hand painted computer desk | 87.50 | Fully Administered | 175.00 |
| Floor lamp, glass beaded shade | 37.50 | Fully Administered | 75.00 |
| Hand-painted plaques of months, seasons, week da | 0.00 | Fully Administered | 0.00 |
| Misc. pottery pieces, figurines, glassware | 150.00 | Fully Administered | 300.00 |
| Lady's red upholstered chair | 12.50 | Fully Administered | 25.00 |
| Ornate bird cage | 50.00 | Fully Administered | 100.00 |
| Plaster faces on wall | 10.00 | | 300.00 |
| Framed picture over sofa | 12.50 | | 150.00 |
| Walnut fireplace screen | 150.00 | | 1,000.00 |
| Old Salem framed watercolor | 0.00 | | 0.00 |
| Duncan Phye one drawer drop leaf table | 50.00 | | 200.00 |
| Chest type end tables | 150.00 | Fully Administered | 300.00 |
| Entertainment center | 275.00 | | 1,000.00 |
| Sony TV, sound equipment, DVD player | 0.00 | Fully Administered | 0.00 |
| Miniature blanket chest | 50.00 | Fully Administered | 100.00 |
| Small one-drawer splayed leg table | 30.00 | | 175.00 |
| Leather sofa, ottoman, office chair, over-stuffe | 627.50 | | 1,400.00 |
| Display with old collectible knives | 0.00 | Fully Administered | 0.00 |
| Oval pad-footed table | 75.00 | Fully Administered | 150.00 |
| Office desk | 0.00 | | 300.00 |
| Desk lamp | 25.00 | | 125.00 |
| Nine framed prints | 27.50 | | 500.00 |
| Misc. books throughout study | 0.00 | | 300.00 |
| Misc. display items, steins, small pictures, duc | 255.00 | | 250.00 |
| Pair of small ceramic Staffordshire dogs on mant | 32.50 | | 200.00 |
| Needlepoint area rug | 400.00 | Fully Administered | 800.00 |
| Framed prints | 75.00 | Fully Administered | 150.00 |
| Needlework | 37.50 | Fully Administered | 75.00 |

| Item | Value | Status | Value |
|---|---:|---|---:|
| Oriental runner | 30.00 | Fully Administered | 60.00 |
| Display cabinets w/figurines, decoratives, colle | 150.00 | Fully Administered | 300.00 |
| Framed pictures, mirrors, prints | 200.00 | Fully Administered | 300.00 |
| Flat screen TV | 0.00 | Fully Administered | 0.00 |
| Maytag washer and dryer | 225.00 | | 900.00 |
| Misc. pots and pans, cooking items | 100.00 | Fully Administered | 200.00 |
| Copperware molds | 21.25 | | 200.00 |
| Steel table and four chairs | 55.00 | | 100.00 |
| Misc. Decorations, ceramic items, stool, small a | 150.00 | Fully Administered | 300.00 |
| Pecan wall cupboard | 100.00 | Fully Administered | 200.00 |
| Oak table and eight chairs | 200.00 | Fully Administered | 400.00 |
| Gateway computer | 150.00 | Fully Administered | 300.00 |
| Four year 2000 decorative plates on hangers | 3.75 | | 200.00 |
| Two runners in hall | 55.00 | | 200.00 |
| Small child's oak e-roll desk | 125.00 | Fully Administered | 250.00 |
| Framed prints on wall | 2.50 | Fully Administered | 0.00 |
| Bunk beds, bookcase, boom box, labtop, blanket c | 752.50 | | 1,800.00 |
| Canopy bed, bedside chest, Queen Ann highboy, Qu | 1,100.00 | Fully Administered | 1,100.00 |
| Framed mirror over dresser | 0.00 | | 200.00 |
| Pair of brass table lamps | 55.00 | Fully Administered | 110.00 |
| Exercise equipment | 100.00 | Fully Administered | 200.00 |
| Nice floor lamp | 27.50 | | 100.00 |
| Entertainment center | 0.00 | | 800.00 |
| TV, VCR, DVD, sound equipment | 400.00 | Fully Administered | 600.00 |
| Bunk beds, book case, desk and chair, four poste | 213.75 | | 300.00 |
| TV, VCR | 0.00 | | 100.00 |
| Computer, printer | 0.00 | | 200.00 |
| Guitars (4) | 0.00 | | 700.00 |
| Christmas decorations, misc. items | 150.00 | Fully Administered | 300.00 |
| Avanti wine cooler | 150.00 | Fully Administered | 300.00 |
| Wicker furniture | 0.00 | | 50.00 |
| Proform 725 treadmill | 150.00 | Fully Administered | 300.00 |
| JVC TV AND VCR | 45.00 | Fully Administered | 90.00 |
| Baker's rack | 12.50 | | 100.00 |
| Stair-stepper | 50.00 | Fully Administered | 100.00 |
| VHS tapes, DVD | 0.00 | Fully Administered | 0.00 |
| Coca Cola collectible prints | 0.00 | Fully Administered | 0.00 |
| Camping equipment, fishing gear, misc. items | 200.00 | Fully Administered | 400.00 |
| Child's sled | 0.00 | | 25.00 |
| Extension ladder | 30.00 | Fully Administered | 60.00 |
| Assorted golf clubs | 0.00 | Fully Administered | 0.00 |
| Spreader | 15.00 | Fully Administered | 30.00 |
| Three bicycles | 150.00 | Fully Administered | 300.00 |
| Yard tools, blowers, trimmers, rakes | 100.00 | Fully Administered | 200.00 |
| Shop vac | 15.00 | Fully Administered | 30.00 |
| Refrigerator | 150.00 | Fully Administered | 300.00 |
| Mircrowave | 12.50 | Fully Administered | 25.00 |
| Daybed | 100.00 | Fully Administered | 200.00 |
| Old upholstered rocker | 50.00 | | 200.00 |
| Entertainment center | 12.50 | | 300.00 |
| Old TV, VCR | 0.00 | | 60.00 |

| Item | Value | Status | Value |
|---|---:|---|---:|
| Framed mirror | 25.00 | Fully Administered | 50.00 |
| Double pedestal desk, dresser, bowed front, glas | 125.00 | Fully Administered | 250.00 |
| Runner in hall | 25.00 | | 100.00 |
| Four poster bed | 150.00 | Fully Administered | 300.00 |
| Four stack oak bookcase | 200.00 | Fully Administered | 400.00 |
| Drop front, slant top desk, serpentine drawers | 100.00 | Fully Administered | 200.00 |
| Bedside table, two drawers | 75.00 | Fully Administered | 150.00 |
| Blanket chest | 25.00 | | 100.00 |
| Singer electric sewing machine | 75.00 | Fully Administered | 150.00 |
| Ruby glass lamp | 17.50 | | 50.00 |
| Half moon table | 10.00 | | 30.00 |
| Upholstered armchair | 17.50 | | 75.00 |
| Wrought iron table with four chairs on patio | 250.00 | | 250.00 |
| Men's Rolex watch (Bob Price has as retainer) | 0.00 | | 2,000.00 |
| Women's 14k aniversary ring, approx. 1 c. diamon | 0.00 | | 350.00 |
| Mrs. Bynum's 14k gold family ring | 0.00 | Fully Administered | 0.00 |
| Man's 14k gold ring with ruby (grandfathers) | 75.00 | Fully Administered | 150.00 |
| Women's 14k gold necklace w/.75c diamond | 100.00 | | 200.00 |
| Three men's watches | 17.50 | | 600.00 |
| Lady's 14k gold watch | 0.00 | Fully Administered | 0.00 |
| Lady's 14k delicate gold chain w/diamond | 0.00 | Fully Administered | 0.00 |
| Three lady's gold necklaces | 10.00 | | 275.00 |
| Mrs. Bynum's every day watch | 0.00 | Fully Administered | 0.00 |
| Mr. Bynum's grandfather's 14k gold diamond ring | 250.00 | Fully Administered | 500.00 |
| Numerous other jewelry, some costume, some pearl | 25.00 | | 800.00 |
| Lady's 14k gold braclet | 0.00 | Fully Administered | 0.00 |
| Lady's 14k tennis bracelet | 275.00 | | 1,500.00 |
| S&W 30 cal pistol, mod 10 | 225.00 | | 200.00 |
| Remington 12 ga. shotgun | 185.00 | | 300.00 |
| Browning 22 cal pistol | 137.50 | | 200.00 |
| 1996 Ford Explorer XLT, 133,000 mi | 0.00 | | 4,000.00 |
| Mrs. Bynum's office | 137.50 | | 750.00 |
| Mr. Bynum's office furniture | 0.00 | Fully Administered | 0.00 |
| Pair of Plated candelabra | 0.00 | | 150.00 |
| Noel Bynum 529 Plan | 0.00 | Fully Administered | 0.00 |
| Taylor Bynum 529 Plan | 0.00 | Fully Administered | 0.00 |
| Jackson Bynum 529 Plan | 0.00 | Fully Administered | 0.00 |
| Clothing & Personal Effects | 0.00 | Fully Administered | 0.00 |
| Milk Glass Lamps | 25.00 | Fully Administered | 50.00 |

Comments:

B.   Liquidation of Assets
    _____ Private Sale of Personal Property
    _____ Private Sale of Real Property
    _____ Public Sale of Personal Property
    _____ Public Sale of Real Property

Comments:

C.   Other Activity
   _____ Abandonment of Property
   _____ Settlement Negotiations

   Comments:

**III.   PROJECTED ACTIVITY FOR NEXT QUARTER:**

Many Adversary Proceedings open -- Awaiting Adjudication and taking action as appropriate

**IV.   ESTIMATED CASE CLOSING DATE:**
   December 31, 2006

Respectfully submitted to the Court:  April 11, 2006

/s/ EDWIN H. FERGUSON, JR.
EDWIN H. FERGUSON, JR., Trustee
N.C. State Bar No. 6148
65 MCCACHERN BLVD.
P.O. BOX 444
CONCORD, NC  280260444
Telephone: 704-788-3211