**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION**

In Re:

BYNUM, III ZACHARY T.
58-6466764

Case No. 04-50795

Debtor(s).

TRUSTEE'S SUPPLEMENTAL REPORT

TO:  THE HONORABLE Carruthers, Catharine R, BANKRUPTCY JUDGE:

I, EDWIN H. FERGUSON, JR., Trustee of the estate of the above-named debtor, do hereby submit a detailed accounting of all receipts and disbursements since the filing of the Schedule of Distribution on December 13, 2009 and the Final Report and Accounting filed November 3, 2009.  The balance on hand is as follows:

BALANCE ON HAND: **$762.62**

**RECEIPTS:**

| Date | Account No. | Check | Payee/Purpose/Description | Amount |
|---|---|---|---|---|
| / / | | | | 0.00 |

Total Receipts: $0.00

BALANCE ON HAND: **$762.62**

**DISBURSEMENTS:**

| Date | Account No. | Check | Payee/Purpose/Description | Amount |
|---|---|---|---|---|
| 03/31/10 | 312595045466 | 103 | Bank of America Business Lending Resolutions-NC1-001-07- Dividend paid   0.60% on $49,984.59; Claim# 1 -1; Filed: $49,984.59; Reference:; stopped on 03/31/10 | -302.40 |
| 03/31/10 | 312595045466 | 108 | BMW Financial Services NA, LLC Dividend paid   0.60% on $7,572.41; Claim# 7 -1; Filed: $7,572.41; Reference:; voided on 03/31/10 | -45.81 |

| 03/31/10 | 312595045466 | 117 | Bynum & Watson Development Co Dividend paid 0.60% on $68,500.00; Claim# 23 -1; Filed: $68,500.00; Reference:; stopped on 03/31/10 | -414.41 |
|---|---|---|---|---|
| 03/31/10 | 312595045466 | 126 | Clerk, US Bankruptcy Court REISSUED CHECK FROM STALE CHECK PROCESSING | 45.81 |
| 03/31/10 | 312595045466 | 127 | Bynum & Watson Development Co Dividend paid 0.60% on $68,500.00; Claim# 23 -1; Filed: $68,500.00; Reference: | 414.41 |
| 03/31/10 | 312595045466 | 127 | Bank of America Business Lending Resolutions-NC1-001-07- Dividend paid 0.60% on $49,984.59; Claim# 1 -1; Filed: $49,984.59; Reference: | 302.40 |

Total Disbursements: **$762.62**

BALANCE ON HAND: $0.00

April 1, 2010　　　　　　　　　　　/s/ Edwin H. Ferguson, Jr.
Date　　　　　　　　　　　　　　　EDWIN H. FERGUSON, JR., Trustee
　　　　　　　　　　　　　　　　　N.C. State Bar No. 6148
　　　　　　　　　　　　　　　　　65 MCCACHERN BLVD.
　　　　　　　　　　　　　　　　　P.O. BOX 444
　　　　　　　　　　　　　　　　　CONCORD, NC  280260444
　　　　　　　　　　　　　　　　　Telephone: 704-788-3211