UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Winston-Salem Division

| In Re: | |
|---|---|
| Zachary T. Bynum, III, 58-6466764 | Case No. B-04-50795 C-7W |
| Debtor(s). | |

**ORDER FOR UNCLAIMED MONIES**

  **IT APPEARING** that a dividend and/or other monies which remain unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case are as hereinafter indicated; and for sufficient reasons appearing, and

  **IT IS FURTHER ORDERED** that Edwin H. Ferguson, Jr., Trustee in the above-named case, pay to the Clerk, U. S. Bankruptcy Court, the total amount of the unclaimed monies described herein below within ten (10) days from this date together with a supplemental report, itemizing disbursement for these unclaimed funds.

| Check No. | Claim No. | Claimant | Address | Amount |
|---|---|---|---|---|
| 127 | 1-1 | Bank of America Business Lending | Resolutions-NC 1 -001-07<br>101 N. Tryon Street<br>Charlotte, NC 28255-0001 | $302.40 |
| 127 | 23-1 | Bynum & Watson Development Co. | 9044 Leisure Point Lane<br>Belews Creek, NC 27009 | $414.41 |
| 126 | 7-1 | BMW Financial Services NA, LLC | 5515 Parkcenter Circle<br>Dublin, OH 43017 | $45.81 |
| **TOTAL** | | | | **$762.62** |

**PARTIES TO BE SERVED**
Page 1 of 1
Case No. B 05-51094 C-7W

Michael D. West
Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Edwin H. Ferguson, Jr.,
Attorney for Trustee
FERGUSON, SCARBROUGH & HAYES, PA
PO Box 444
Concord, NC 28026-0444

Bank of America Business Lending c/o
Resolutions-NC 1 -001-07
101 N. Tryon Street
Charlotte, NC 28255-0001

Bynum & Watson Development Co.
9044 Leisure Point Lane
Belews Creek, NC 27009

BMW Financial Services NA, LLC
5515 Parkcenter Circle
Dublin, OH 43017