# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### WINSTON-SALEM

| | |
|---|---|
| In Re:<br><br>BYNUM, III ZACHARY  T.<br><br>58-6466764<br><br><br><br>Debtor(s). | Case No. B-04-50795 C-7W |

## TRUSTEE'S FINAL ACCOUNT

      **COMES NOW** EDWIN H. FERGUSON, JR., the duly appointed and qualified trustee in the above-styled case and files this Final Account pursuant to Section 704(9) of the Bankruptcy Code, to certify that the trustee's account in this estate shows a zero balance and that the above named estate has been fully administered and is ready to be closed.

      The bank statement for period ending April 8, 2010, showing a zero balance was forwarded to the Bankruptcy Administrator's office by JP Morgan Chase Bank.

      I certify, under penalty of perjury, that the foregoing information is true and correct, to the best of my information, knowledge and belief.


Date:    August 3, 2010            /s/ Edwin H. Ferguson, Jr.
                                                              EDWIN H. FERGUSON, JR., Trustee
                                                              N.C. State Bar No. 6148
                                                              65 MCCACHERN BLVD., P.O. BOX 444
                                                              CONCORD, NC  28026-0444
                                                              Telephone: (704) 788-3211

## CERTIFCATE OF SERVICE

I, Edwin H. Ferguson, Jr., attorney for Trustee do hereby certify that I served a copy of the foregoing TRUSTEE'S FINAL ACCOUNT upon:

Michael D. West
U. S. Bankruptcy Court Administrator
Federal Law Center
101 South Edgeworth Street
Greensboro, NC  27402

by depositing a copy of the aforesaid document in an envelope in the exclusive care and custody of the U.S. Postal Service with sufficient postage thereon addressed to them at the aforesaid address.

Date:    August 3, 2010              /s/ Edwin H. Ferguson, Jr.
                                     EDWIN H. FERGUSON, JR., Trustee
                                     N.C. State Bar No. 6148
                                     65 MCCACHERN BLVD., P.O. BOX 444
                                     CONCORD, NC  28026-0444
                                     Telephone: (704) 788-3211