To: Clerk of the Bankruptcy Court
From: Zachary T. Bynum III #1013778
Re: Case # 04-50795

FILED NOV 10-16 AM 11:33 BC-GSO

Dear Clerk,

I need a copy of the order of discharge entered in my above referenced case. I am aware that there is a charge for copies, and will forward that to you once I know the copy cost and any postage. Since I am in prison and don't have access to the internet, I can't use the electronic filing and copying alternative.

Please write me an let me know the cost of sending me a copy of the order of discharge (Case #04-50795-Docket #356). Once I know the cost I will send, or have a check sent to you for the cost of copying and any postage.

Thank you for your help.

Zachary T Bynum III #1013778
Mountainview Corectinal Institute
545 Amity Park RD
Spruce Pine N.C. 28777